**Order entered December 11, 2019**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01199-CV

### IN RE HAMID KASHANI, DDS, ET AL, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13028**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. Additionally, we **LIFT** our September 27, 2019 stay of the trial court's July 11, 2019 order compelling production of documents from relators.

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE